1  John T. DeCarlo (SB 70607)
   jdecarlo@deconsel.com
2  Melissa Shimizu (SB 281603)
   mshimizu@deconsel.com
3  DeCARLO & SHANLEY
   A Professional Corporation
4  533 South Fremont Avenue, Ninth Floor
   Los Angeles, California 90071-1706
5  Telephone:  (213) 488-4100
   Facsimile:   (213) 488-4180
6
   Attorneys for Petitioner SOUTHWEST
7  REGIONAL COUNCIL OF CARPENTERS

8              UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10

11  SOUTHWEST REGIONAL            )  CASE NO. 2:13-CV-07838 ABC (SSx)
    COUNCIL OF CARPENTERS,        )
12                                )  AMENDED [PROPOSED] JUDGMENT
                                  )  CONFIRMING ARBITRATION
               Petitioner,        )  AWARD ISSUED BY ARBITRATOR
13                                )  LOUIS ZIGMAN IN FAVOR OF
          vs.                     )  SOUTHWEST REGIONAL COUNCIL
14                                )  OF CARPENTERS AND AGAINST
                                  )  TEAM FRAMING & DRYWALL, LLC
15  TEAM FRAMING AND              )  AND TEAM FRAMING, LLC
    DRYWALL, LLC; AND TEAM        )
16  FRAMING, LLC,                 )
                                  )  Hon. Audrey B. Collins
17             Respondent.  )
                                  )  DATE:          January 6, 2014
18  _____)  TIME:          10:00 a.m.
                                     COURTROOM:     680
19

20       Upon consideration of the unopposed contentions of Petitioner

21  SOUTHWEST REGIONAL COUNCIL OF CARPENTERS ("SWRCC"), this

22  Court having jurisdiction under Section 301 of the Labor Management Relations

23  Act, 29 U.S.C. § 185, and good cause appearing therefor,

24       IT IS HEREBY ORDERED AND ADJUDGED that the Award issued by

25  the Arbitration Panel in favor of the SWRCC and against Respondents, TEAM

26  FRAMING AND DRYWALL, LLC AND TEAM FRAMING, LLC, is hereby

27  confirmed and enforced in its entirety.

28  / / /

AMENDED [PROPOSED] JUDGMENT, ETC.                    CASE NO. 2:13-CV-07838 ABC (SSx)

IT IS FURTHER ORDERED AND ADJUDGED that liability for this remedy also attaches to TEAM FRAMING, LLC and that Respondents remain bound to the parties' collective bargaining agreements.

IT IS FURTHER ORDERED AND ADJUDGED that, pursuant to California Civil Code Section 3289(b), Respondents must pay an interest at a rate of ten (10) percent per annum from the time of the breach until full satisfaction of the arbitration award.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Respondents owe as follows:

| | | |
|---|---|---|
| 1. | Amount owed to the SWRCC | $101,851.75 |
| 2. | Interest  of ten (10) percent per annum on $101,851.75 pursuant to California Civil Code October 5, 2012 until December 20, 2013 | $12,278.20 |
| 3. | Amount owed to the Southwest Carpenters Trust Funds | $37,045.03 |
| 4. | Interest  of ten (10) percent per annum on $37,045.03 pursuant to California Civil Code October 5, 2012 until December 20, 2013 | $4,465.70 |
| 5. | Amount owed to the Southwest Joint Adjustment Board for the Drywall/Lathing Industry in fines ($1,500.00) and liquidated damages ($3,500.00) | $5,000.00 |
| 6. | Interest  of ten (10) percent per annum on $5,000.00 pursuant to California Civil Code March 4, 2013 until December 20, 2013 | $602.74 |
| TOTAL: | | $161,243.42 |

IT IS FURTHER ORDERED AND ADJUDGED that, the Respondents submit to an audit by the Trust Funds pursuant to the parties' collective bargaining agreement.

/ / /

/ / /

1       This Court retains jurisdiction for purposes of confirming and enforcing any

2   further award made by the Arbitrator.

3       IT IS SO ADJUDGED.

4

5   DATED:   December 26, 2013

                                                Honorable Audrey B. Collins
                                                United States District Court Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## PROOF OF SERVICE

2

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

3
4
5

     I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is DeCARLO & SHANLEY, a Professional Corporation, 533 South Fremont Avenue, Ninth Floor, Los Angeles, California 90071-1706.

6
7
8
9

     On December 23, 2013, I served the foregoing document described as AMENDED [PROPOSED] JUDGMENT CONFIRMING ARBITRATION AWARD ISSUED BY ARBITRATOR LOUIS ZIGMAN IN FAVOR OF SOUTHWEST REGIONAL COUNCIL OF CARPENTERS AND AGAINST TEAM FRAMING & DRYWALL, LLC AND TEAM FRAMING, LLC on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

10
11
12

TEAM FRAMING DRYWALL, LLC
TEAM FRAMING, LLC
12602 North 22nd Place
Phoenix, AZ  85022

13
14

[X]    (BY MAIL)  I caused such envelope with postage thereon fully prepaid to be placed in the United States Mail at Los Angeles, California.

15

[  ]    (BY FACSIMILE) at approximately _____ p.m.

16

     Executed on December 23, 2013, at Los Angeles, California.

17
18

[  ]    (STATE)  I declare under penalty of perjury under the laws of the State of California that the above is true and  correct.

19

[X]    (FEDERAL)  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

20
21

                   /s/ *Nelly Caywood*_____
                   Nelly Caywood

22

23

24

25

26

27

28